| | |
|---|---|
| 1 | JENNIFER L. KATZ, CA Bar No. 258917 |
| | jennifer.katz@ogletree.com |
| 2 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 3 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 4 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 5 | |
| 6 | Attorneys for Defendant |
| | KOHL'S DEPARTMENT STORES, INC. |
| 7 | Roger Y. Muse (SBN 147120) |
| | John Matheny (SBN 149532) |
| 8 | ***EXCELSIOR LAW*** |
| | 9595 Wilshire Blvd., Suite 900 |
| 9 | Beverly Hills, CA 90212 |
| | Phone: (310) 205-3981 |
| 10 | Fax: (310) 205-0594 |
| 11 | Joseph H. Low IV (SBN 194897) |
| | The Law Firm of Joseph H. Low IV |
| 12 | 100 Oceangate, 12th Floor |
| | Long Beach, CA 90802 |
| 13 | Tel: (562) 901-0840 |
| | Fax: (562) 901-0841 |
| 14 | joseph@jhllaw.com |
| 15 | Attorneys for Plaintiff BIJON HILL |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01968 JWH (KESx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 15, 2019<br>Trial Date: March 16, 2021<br><br>District Judge: Hon. John W. Holcomb<br>Courtroom 2, Riverside<br>Magistrate Judge: Hon. Karen E. Scott<br>Courtroom 6D,<br>Santa Ana |

Case No. 2:20-cv-01968 JWH (KESx)

JOINT NOTICE OF SETTLEMENT

Plaintiff Bijon Hill ("Plaintiff") and defendant Kohl's Department Stores, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby respectfully submit this Joint Notice of Settlement. The Parties have agreed to resolve Plaintiff's claims in their entirety through the execution of a general release and dismissal of all claims. The Parties are in the process of finalizing the terms of their agreement, and anticipate that such agreement will be finalized and fully executed within the next thirty (30) days. The Parties therefore respectfully request that the trial date and all pretrial dates and deadlines be vacated.

DATED: January 21, 2021         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jennifer L. Katz
    Jennifer L. Katz

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

DATED: January 21, 2021         EXCELSIOR LAW

THE LAW FIRM OF JOSEPH H. LOW IV

By: _____
    Roger Y. Muse
    John Matheny
    Joseph H. Low IV

Attorneys for Plaintiff
BIJON HILL