JENNIFER L. KATZ, CA Bar No. 258917
jennifer.katz@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

Roger Y. Muse (SBN 147120)
John Matheny (SBN 149532)
***EXCELSIOR LAW***
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Phone: (310) 205-3981
Fax: (310) 205-0594

Joseph H. Low IV (SBN 194897)
The Law Firm of Joseph H. Low IV
100 Oceangate, 12th Floor
Long Beach, CA 90802
Tel: (562) 901-0840
Fax: (562) 901-0841
joseph@jhllaw.com

Attorneys for Plaintiff BIJON HILL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIJON HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01968 JWH (KESx)<br><br>**JOINT MOTION REGARDING SETTLEMENT**<br><br>Complaint Filed: November 15, 2019<br>Trial Date: None set<br><br>District Judge: Hon. John W. Holcomb<br>Courtroom 2, Riverside<br>Magistrate Judge: Hon. Karen E. Scott<br>Courtroom 6D,<br>Santa Ana |

1   Plaintiff Bijon Hill ("Plaintiff") and defendant Kohl's Department Stores, Inc.
2 ("Defendant") (collectively, the "Parties"), hereby request, pursuant to the Court's
3 Scheduling Order and Notice (ECF No. 22), that the Court reopen the matter on the
4 following terms based on the following stipulation set forth herein and in light of the
5 good cause set forth herein;
6   WHEREAS, as the Parties previously informed the Court, the Parties have
7 agreed to resolve Plaintiff's claims in their entirety through the execution of a
8 general release and dismissal of all claims;
9   WHEREAS, as of today's date, the Parties are still in the process of finalizing
10 the terms of their agreement, and anticipate that such agreement will be finalized
11 and fully executed within the next twenty (20) days;
12   WHEREAS, the settlement itself will not be culminated until at least sixty
13 (60) days after the agreement is fully executed, as that is the timeline needed for
14 Defendant to provide the settlement payment;
15   WHEREAS, for these reasons, good cause exists to reopen the matter for at
16 least ninety (90) days to allow the Parties sufficient time to finalize the settlement
17 agreement and for Defendant to provide the settlement payment.
18   THEREFORE, the Parties respectfully request that Court reopen the matter
19 and continue the deadline to submit a stipulation for dismissal by at least ninety (90)
20 days.

21

22 DATED: February 23, 2021     OGLETREE, DEAKINS, NASH, SMOAK &
                                STEWART, P.C.
23

24

25                              By: /s/ Jennifer L. Katz
                                    Jennifer L. Katz
26
                                Attorneys for Defendant
27                              KOHL'S DEPARTMENT STORES, INC.

28

DATED:     February 23, 2021          EXCELSIOR LAW

                                          THE LAW FIRM OF JOSEPH H. LOW IV


                                          By: /s/ John Matheny
                                                Roger Y. Muse
                                                John Matheny
                                                Joseph H. Low IV

                                          Attorneys for Plaintiff
                                          BIJON HILL