JENNIFER L. KATZ, CA Bar No. 258917
jennifer.katz@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

Roger Y. Muse (SBN 147120)
John Matheny (SBN 149532)
***EXCELSIOR LAW***
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Phone: (310) 205-3981
Fax: (310) 205-0594

Joseph H. Low IV (SBN 194897)
The Law Firm of Joseph H. Low IV
100 Oceangate, 12th Floor
Long Beach, CA 90802
Tel: (562) 901-0840
Fax: (562) 901-0841
joseph@jhllaw.com

Attorneys for Plaintiff BIJON HILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON HILL, an individual<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01968 JWH (KESx)<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION REGARDING SETTLEMENT**<br><br>Complaint Filed: November 15, 2019<br>Trial Date: None set<br><br>District Judge: Hon. John W. Holcomb<br>Courtroom 2, Riverside<br>Magistrate Judge: Hon. Karen E. Scott<br>Courtroom 6D,<br>Santa Ana |

For good cause and pursuant to the Parties' Joint Motion Regarding Settlement, IT IS HEREBY ORDERED THAT:

1. The Parties' Joint Motion Regarding Settlement is **GRANTED**.

2. The deadline to submit a stipulation for dismissal is hereby continued to May 25, 2021.

**IT IS SO ORDERED**.

Dated:  February 24, 2021

_____
HONORABLE JOHN W. HOLCOMB
U.S. DISTRICT JUDGE