Roger Y. Muse (SBN 147120)
roger@excelsior-law.com
EXCELSIOR LAW
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA  90212
Phone (310) 205-3981

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON HILL, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>KOH'LS DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-01968-RGK-KES<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| May 19, 2021 | /s/Roger Y. Muse |
|---|---|
| *Date* | *Signature of Attorney/Party* |


NOTE:   *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)    **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**